UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
MATTEL, INC.,                                      :

                                                   :

                Plaintiff,                         :        ORDER

                                                   :

     -against-                                     :        21 Civ. 8108 (PAE) (GWG)

                                                   :

WWW.POWER-WHEELS-SALE.COM, et al,                  :

                                                   :

                                                   :

                Defendants.                        :
---------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge:**

        The Court has reviewed the plaintiff's submissions on the damages inquest.  Plaintiff is
directed to supplement these submissions by filing a memorandum of law or letter on or before
June 17, 2022, addressing the following issues: (1) whether the complaint alleges that defendants
infringed Mattel's trademarks in connection with the sale, offer, or distribution of vehicle
batteries separately from ride-on vehicles, and (2) whether case law supports the notion that a
separate statutory damages award may be granted under 15 U.S.C. § 1117(c) for the
subcomponent of a good that is sold.

        SO ORDERED.

Dated: New York, New York

        June 10, 2022

                                                    _____
                                                    GABRIEL W. GORENSTEIN
                                                    United States Magistrate Judge